The Honorable Richard A Jones

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| RICHARD B. EDMONDS, derivatively on behalf of nominal defendant Getty Images, Inc., <br><br>Plaintiff,<br><br>v.<br><br>MARK H. GETTY, JONATHAN D. KLEIN, A.D. ALBERS, JAMES N. BAILEY, JEFF BEYLE, M. LEWIS BLACKWELL, NICK EVANS-LOMBE, JOHN Z. FERGUSON, ANDREW S. GARB, JIM GURKE, ELIZABETH J. HUEBNER, SCOTT A. MISKIMENS, WILLIAM O'NEILL, CHRISTOPHER H. SPORBORG, and SALLY VON BARGEN,<br><br>Defendants,<br><br>and<br><br>GETTY IMAGES, INC.,<br><br>Nominal Defendant. | No. C 07-0317 RAJ<br><br>**JOINT STATEMENT REGARDING SETTLEMENT**<br><br>**AND**<br><br>**[Proposed] ORDER** |

After receiving the Court's January 12, 2009 Order (the "Order"), the parties have met and conferred regarding the proposed settlement of the actions (the "Settlement"). The parties have agreed to amend the Stipulation of Settlement (the "Stipulation") to seek approval of the

JOINT STATEMENT RE. SETTLEMENT
AND [Proposed] ORDER
(No. C 07-0317 RAJ)

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870

Settlement in the Superior Court of the State of Washington, King County (the "State Court"), through the consolidated action captioned *Lopez v. Klein, et al.*, Case No. 07-2-03958-9 SEA, which contains somewhat different claims and different requests for relief than does the complaint in this action. Assuming that the State Court approves the Settlement, the parties would thereafter anticipate seeking to voluntarily dismiss this action with prejudice as moot. The parties will provide the State Court with a copy of this Court's Order at the time that they seek preliminary approval of the Settlement in State Court.

At this time, the Parties request an additional eight weeks time before submitting a status update with this Court.

Dated: February 13, 2009                                   Respectfully submitted,

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP

By:  s/ Lee Rudy
Lee D. Rudy
Nichole Browning
Tara P. Kao
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
Clifford A. Cantor, WSBA # 17893
627 208th Avenue SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 868-7870

*Counsel for Plaintiff*

SIRIANNI YOUTZ MEIER & SPOONEMORE
By: _____
Richard E. Spoonemore
Stephen J. Sirianni
Eleanor Hamburger

JOINT STATEMENT RE. SETTLEMENT
AND [Proposed] ORDER
(No. C 07-0317 RAJ)

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870

719 Second Avenue, Suite 1100
Seattle, WA 98104
Tel: (206) 223-0303
Fax: (206) 223-0246

*Counsel for Nominal Defendant Getty Images, Inc.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Lori Lynn Phillips
George E. Greer
Lori Lynn Phillips
719 Second Avenue, Suite 1900
Seattle, Washington 98104
Tel: (206) 839-4300
Fax: (206) 839-4301

*Counsel for the Individual Defendants.*

### [Proposed] ORDER

It is hereby ORDERED that, within eight weeks after entry of this Order, the parties shall file a joint status update.

Dated this ____ day of _____, 2009.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

### Certificate of Service

I certify that, on Feb. 13, 2009, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will cause notice of filing to be sent to all counsel of record.

s/ Clifford Cantor, WSBA # 17893

JOINT STATEMENT RE. SETTLEMENT
AND [Proposed] ORDER
(No. C 07-0317 RAJ)

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 868-7870

1 | Presented by:

2 | Law Offices of Clifford A. Cantor, P.C.

3 | By: <u>  s/  Clifford Cantor (WSBA # 17893)    </u>
627 208th Ave. SE
4 | Sammamish WA 98074
(425) 868-7813
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STATEMENT RE. SETTLEMENT
AND [Proposed] ORDER                    - 4 -
(No. C 07-0317 RAJ)

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA  98074-7033
Tel: (425) 868-7813  •  Fax: (425) 868-7870