HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD EDMONDS, in his individual capacity and derivatively on behalf of Nominal Defendant GETTY IMAGES, INC.,

Plaintiff,

v.

MARK GETTY, et al.,

Defendants.

CASE NO. C07-0317RAJ

ORDER

The court has received the parties' stipulation to dismiss this action (Dkt. # 69). The parties do not indicate whether they wish to dismiss the action with or without prejudice. The court therefore dismisses the action without prejudice. Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."). In addition, the court notes that in entering this voluntary dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it does not resolve the subject matter jurisdiction concerns it raised in its January 12, 2009 order to show cause (Dkt. # 66).

The court directs the clerk to DISMISS this action without prejudice.

DATED this 30th day of March, 2009.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1